# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JEREMIAH JAMES GRIFFIN, a/k/a "JJ"

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-6429M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

FILED
DEC 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### COUNT ONE

On and before June 21, 2005, at Monmouth, in Warren County, in the Central District of Illinois, and elsewhere, the defendant, **JEREMIAH JAMES GRIFFIN, a/k/a "JJ,"**

did conspire with one or more other persons to commit an offense under Title 21, United States Code, Section 841(a)(1), that is, to manufacture, distribute, and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about June 21, 2005, at Monmouth, in Warren County, in the Central District of Illinois, the defendant, **JEREMIAH JAMES GRIFFIN, a/k/a "JJ,"**

did possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

                                                              S/Paul Larsen

                                        Signature of Complainant
                                        Paul Larsen, Special Agent
                                        Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

December 13, 2005                             Rock Island, Illinois
_____ at _____
Date                                                            City and State

Thomas J. Shields
United States Magistrate Judge            S/Thomas J. Shields
_____      _____
Name & Title of Judicial Officer             Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Paul Larsen, being duly sworn, state and depose as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since 1999. I am currently assigned to the Springfield, Illinois office of DEA. I have conducted dozens of investigations concerning the unlawful clandestine manufacturing of methamphetamine. I am aware of the information set forth below through discussions with other law enforcement officers and review of reports of other officers.

2. This affidavit is in support of a Criminal Complaint charging Jeramiah James Griffin, a/k/a "JJ," with offenses under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, relating to the possession with intent to distribute methamphetamine, and the conspiracy to manufacture methamphetamine at Monmouth, Warren County, Illinois, and elsewhere, on or about June 21, 2005.

3. At about 2:35 a.m. on June 21, 2005, an officer of the Monmouth, Illinois Police Department stopped a red 2000 Pontiac Grand Am automobile for a traffic offense in the 1100 block of East Euclid Avenue in Monmouth. The driver was Jason C. Mettler. Jeramiah James Griffin, a/k/a "JJ" was the right front passenger in the vehicle.

4. As a result of the conduct of Griffin and Mettler, coupled with other intelligence information about their drug activities that were known to the police officer, additional officers were called and they arrived at the scene. Griffin and Mettler were directed to get out of the vehicle, but refused. The officers ultimately had to break out a side window of the vehicle and pepper spray the passenger compartment inside in order to get Griffin and Mettler out.

5. During an ensuing search of the vehicle, a backpack was located and seized. Among other items, the backpack contained a hair dryer, a small glass jar containing approximately 222 grams of a liquid

which field-tested positive for methamphetamine, a larger glass jar containing approximately 656 grams of a liquid which field-tested positive for methamphetamine, assorted tools, a spatula, a headlamp, and an aquarium blower. Also found during the search of the vehicle were a plastic lid with coffee filters with about ½ gram of what appeared to be methamphetamine on them.

6. A sample of the liquid from each of the two glass jars was ultimately submitted to the Illinois State Police's Division of Forensic Services for laboratory analysis. Through a laboratory report dated August 15, 2005, the Forensic Scientist reported its findings that the liquid in each of the two jars contained methamphetamine.

7. Based upon my experience and training, I have concluded the above-noted items seized from the vehicle in which Griffin was a passenger on June 21, 2005 were a part of a clandestine methamphetamine-manufacturing laboratory, and that the liquid methamphetamine in the two glass jars was a product of the not-yet finalized process of manufacturing methamphetamine.

S/Paul Larsen
---
Paul Larsen, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 13th day of December 2005

S/Thomas J. Shields
---
Thomas J. Shields
United States Magistrate Judge

- 2 -