AO 470 (8/85) Order of Temporary Detention

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**FILED**
DEC 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Jeremiah James Griffin
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 05-6429

Upon motion of the __Government__, it is ORDERED that a detention hearing is set for __Thursday, 12/15/05__ * at __2:30 p.m.__
   _____Date_____          _____Time_____

before __U.S. Magistrate Judge Thomas J. Shields__
                      *Name of Judicial Officer*

__211 19th St., Rock Island, IL__
              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                    *Other Custodial Official*

Date: __12/14/05__                              S/Thomas J. Shields
                                                        *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.